

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MEGAN ABNER
PAUL FRAULO

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

May 11, 2021

**Via ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Company*
              21 Civ. 1025 (PGG)

Dear Judge Gardephe:

      This firm represents Plaintiff Primed Pharmaceuticals LLC ("Plaintiff") in the above referenced insurance coverage litigation. We write pursuant to Your Honor's Individual Rule 1. E. to request an adjournment of the Initial Conference currently scheduled for May 20, 2021. We also request an extension of the due date for the submission of the Joint Letter and proposed discovery plan, which is required to be submitted one week prior to the date of the Initial Conference. Counsel for Defendant Starr Indemnity & Liability Company ("Defendant") consents to this request.

      As previously indicated the Initial Conference is currently scheduled for May 20, 2021. Plaintiff requests an adjournment of one (1) week. Plaintiff respectfully submits that good cause exists for the requested adjournment because of a family emergency for one of Plaintiff's counsels. As previously noted, Defendant consents to this request.

**Memo Endorsed:** This application is granted. The initial pretrial conference scheduled for May 20, 2021 is adjourned to May 27, 2021 at 9:15 a.m.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: May 12, 2021

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin