UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS LLC,

               Plaintiff,

           -against-

STARR INDEMNITY & LIABILITY
COMPANY,

               Defendant.

**ORDER**

21 Civ. 1025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for May 27, 2021 is adjourned <u>sine</u> <u>die</u>.

Dated:  New York, New York
       May 24, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge