UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

        Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY,

        Defendant.

CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Initial Case Management Conference held today, June 22, 2021, (the "Initial Conference") the Court orders as follows:

1. Plaintiff PriMed Pharmaceuticals, LLC ("PriMed") shall produce to Defendant Starr Indemnity & Liability Company ("Starr") the following documents by **Friday, July 9, 2021**:

    a. Documentation of any prior insurance coverage held by PriMed prior to the "Starr Policy," (see ECF No. 26 at 7), or, if PriMed did not have prior insurance coverage, written confirmation to that effect.

    b. The defense bills/legal invoices for which PriMed seeks reimbursement, subject to redaction for any applicable privilege.

    c. PriMed's memorandum of law in support of summary judgment (the "Memorandum"), as well as the accompanying declaration or affidavit (if any) filed in <u>Abbott Laboratories, et al. v. Adelphia Supply USA, et al.</u>, 15-CV-5826 (CBA) (MDG) (the "<u>Abbott</u> Lawsuit"). Confidential information pertaining to PriMed's codefendants in the <u>Abbott</u> lawsuit may remain redacted, and the Memorandum and any accompanying declaration or affidavit may be produced subject to a protective order in this action.

      i. In the event that Starr later seeks any accompanying exhibit(s), the parties shall meet and confer concerning disclosure to Starr of the exhibit(s).

2. PriMed's letter-motion seeking to preclude discovery on extrinsic evidence supporting Starr's "first publication exclusion" defense (see ECF No. 26 at 5) shall be filed by **Friday, July 9, 2021**. Starr's opposition shall be filed by **Friday, July 16, 2021**. PriMed's reply, if any, shall be filed **Friday, July 23, 2021**.

A Telephone Conference is scheduled for **Tuesday, July 27, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
              June 22, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**