

July 19, 2021

**Attorneys at Law.**

Ford Marrin Esposito
Witmeyer & Gleser, L.L.P.

Wall Street Plaza
16th Floor
New York, NY
10005-1819
Tel +1 212 269 4900
Fax +1 212 344 4294

www.fordmarrin.com

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007-1025

    Re:    *Primed Pharmaceuticals, LLC v. Starr Indemnity & Liability Company*
            Civil Action No.: 21-cv-01025(PGG)(SLC)

Your Honor:

    We represent defendant Starr Indemnity & Liability Company ("Starr") in the above action and write pursuant to Rule I E. of your Honor's Individual Practices with the consent of plaintiff Primed Pharmaceuticals, LLC ("Primed") to request a one (1) week adjournment of the remaining briefing deadlines in connection with Primed's motion to preclude discovery on extrinsic evidence. Your Honor granted Primed permission to make this motion by Order dated, June 22, 2021 (ECF Doc. No. 27).

    By Order dated, July 8, 2021 (ECF Doc. No. 31), Your Honor granted the request of Primed to adjourn the original briefing schedule by a period of one (1) week as follows: (i) Primed's Opening Letter Brief to be filed by Friday, July 16th (we note that Primed has filed its brief [see ECF Doc. No. 32]); (ii) Starr's Opposition to be filed by Friday, July 23rd; and (iii) Primed's Reply, if any, to be filed by Friday, July 30th. Your Honor also adjourned the parties' telephone conference to August 23rd.

    Due to a scheduling conflict, Starr respectfully submits this request for an adjournment of the remaining briefing deadlines by a period of one (1) week such that Starr's Opposition would be due on **July 30th** with Primed's Reply, if any, due on **August 6th**. The instant request for an adjournment will not affect the parties' August 23rd telephonic conference, and constitutes Starr's first request for an adjournment.

    Thank you for your consideration of this matter.

                                                  Respectfully submitted,

                                                   Alfred L. D'Isernia (AD9700)

---

Defendant's letter-motion requesting an adjournment of the letter-motion briefing schedule (ECF No. 33) is GRANTED, and the proposed deadlines are ADOPTED.

The Clerk of Court is respectfully directed to close ECF No. 33.

SO ORDERED 7/20/2021

SARAH L. CAVE
United States Magistrate Judge