UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                            Plaintiff,

    -v-

STARR INDEMNITY & LIABILITY COMPANY,

                            Defendant.

CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held today, August 23, 2021, the Court Orders as follows:

1)  The letter-motion by Plaintiff Primed Pharmaceuticals, LLC ("Plaintiff") to preclude discovery on extrinsic evidence supporting Defendant Starr Indemnity & Liability Company's ("Starr") prior publication exclusion (the "Motion" (ECF No. 32)) is GRANTED IN PART AND DENIED IN PART as set forth below.

    a. The Court will permit <u>narrow</u> discovery into extrinsic evidence concerning "*advertising*" and "*advertising activities*" by Primed before November 15, 2014.  See <u>Value Wholesale, Inc. v. KB Ins. Co.</u>, 450 F. Supp. 3d 292 (E.D.N.Y. 2020); <u>Polarome Int'l, Inc. v. Greenwich Ins. Co.</u>, 404 N.J. Super. 241 (N.J. App. Div. 2008).   Accordingly, the parties shall promptly meet and confer concerning the scope of discovery concerning Primed's "*advertising*" and "*advertising activities*" prior to November 15, 2014, including (but not limited to):

   i.   Deposition testimony and exhibits of Matthew Zeigler;

   ii.   Statements concerning Primed in the Statement of Undisputed Facts, as well as exhibits concerning Primed;

   iii.   Exhibits to the Reports of Dr. Gregory Bell.

A Telephone Status Conference concerning the scope of discovery is scheduled **Thursday, September 9, 2021 at 11:00 am** on the Court's conference line.  The parties are not required to file a status report or letter in advance of the conference, but if they elect to do so, they shall submit a single filing, no longer than six pages, by **Tuesday, September 7, 2021**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  If following a meet and confer the parties agree concerning the scope of discovery, such that they believe this conference is no longer required, they may submit a joint application to cancel the conference at least 48 hours in advance.

The Clerk of Court is respectfully directed to close ECF No. 32.


Dated:      New York, New York
             August 23, 2021

                      SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**