UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Conference held today, September 9, 2021, the Court orders as follows:

1. Plaintiff PriMed Pharmaceuticals, LLC ("PriMed") has produced to Defendant Starr Indemnity & Liability Company ("Starr") additional documents since the last Telephone Conference on August 23, 2021 (the "Additional Production"). Starr shall complete its review of the Additional Production, and by **Thursday, September 30, 2021**, the parties shall file a joint letter either certifying that discovery is complete, or setting forth the additional discovery, if any, that any party believes is necessary before moving on to dispositive motions, or requesting a conference to resolve any remaining discovery issues.

Dated:      New York, New York
             September 9, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**