

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MEGAN ABNER

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

September 29, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Primed Pharmaceuticals, LLC v. Starr Indemnity & Liability Company*
21-cv-1025 (PGG)(SLC)

This firm represents Primed Pharmaceuticals, LLC ("Primed"). We submit this letter with counsel for Defendant Starr Indemnity & Liability Company's (hereinafter "Starr").

On September 9, 2021, the Court issued an Order requiring the parties to file a joint letter "either certifying that discovery is complete, or setting forth the additional discovery, if any, that any party believes is necessary before moving on to dispositive motions, or requesting a conference to resolve any remaining discovery issues." Dkt. No. 40  The parties now jointly request that the date for said letter be extended until October 6, 2021.

No previous extension of this date has been requested or granted. We respectfully submit that good cause exits for this extension since counsel are still talking and trying to resolve outstanding issues. We are unable to conclude our discussions and meet the current deadline due to the Jewish holidays.

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin

---

The parties' letter-motion requesting an extension to file their joint status report concerning the status of discovery (ECF No. 41) is GRANTED, and the parties shall file the joint status report by **Wednesday, October 6, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 41.

SO ORDERED 9/30/2021

SARAH L. CAVE
United States Magistrate Judge