UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                Plaintiff,

  -v-

                CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

STARR INDEMNITY & LIABILITY COMPANY,

                **ORDER**

                Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

    Pursuant to the Telephone Conference held today, October 13, 2021, the parties shall file a joint status report concerning the status of fact discovery and next steps in this action by no later than **Friday, November 19, 2021**.

Dated:      New York, New York
              October 13, 2021

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**