

RICHARD S. SCHURIN
STEVEN STERN
STANLEY GOODMAN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

November 11, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Primed Pharmaceuticals, LLC v. Starr Indemnity & Liability Company*
             21-cv-1025 (PGG)(SLC)

      This firm represents Primed Pharmaceuticals, LLC ("Primed"). We submit this letter motion to request an extension of the date for the parties to submit a joint status report concerning the status of fact discovery and next steps, i.e. Dkt,No. 45.

      The current due date for this joint status report is November 19, 2021. Primed request an extension of this date until December 17, 2021. We have conferred with Defendant's counsel Al D'Isernia and can report that Defendant consents to this request. No prior requests for an extension of this date have been sought or granted. Primed submits that good cause exists for this extension since its counsel has been dealing with urgent issues in another matter and therefore needs more time to complete the discovery that was discussed at the last conference and then discuss the next steps with Mr. D'Isernia.

Plaintiff's letter-motion requesting an extension of the deadline to file a discovery status report (ECF No. 46) is GRANTED, and the deadline for the parties to file a status report concerning the state of discovery and next steps in this action is EXTENDED until **Friday, December 17, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 46.

SO ORDERED 11/12/2021

*SARAH L. CAVE*
United States Magistrate Judge

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin