UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having previously granted in part and denied in part the motion of Primed Pharmaceuticals LLC ("Primed") to preclude (ECF No. 32), and permitted Defendant Starr Indemnity & Liability Company ("Starr") to take "<u>narrow</u> discovery into extrinsic evidence concerning '*advertising*' and '*advertising activities*' by Primed before November 15, 2014," (ECF No. 37), the Court will permit a **two-hour** (on-the-record time) deposition of Matthew Ziegler (the "Ziegler Deposition") as limited below.

The Ziegler Deposition may be conducted remotely by videoconference, and shall be limited to the topic of "advertising" and "advertising activities" by Primed <u>before</u> November 15, 2014, as discussed in Mr. Ziegler's Declaration dated November 30, 2021. (ECF No. 48-1). A model stipulation and proposed order concerning the protocol for remote depositions is available on the Court's webpage on the Southern District's website.[1]

---

[1] https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The parties shall provide a status report concerning the Ziegler Declaration by **February 4, 2022**.

Dated: New York, New York
January 14, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**