

RICHARD S. SCHURIN
STEVEN STERN
STANLEY GOODMAN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

February 21, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>   **Re:**   ***Primed Pharmaceuticals, LLC v. Starr Indemnity & Liability Company***
>   **21-cv-1025 (PGG)(SLC)**

This firm represents Primed Pharmaceuticals, LLC ("Primed"). We submit this joint letter motion with counsel for Defendant Starr Indemnity & Liability Company's (hereinafter "Starr") to request an extension of the date for the parties to file a joint letter directed to Judge Gardephe until March 3, 2022.

The current due date to file said joint letter is February 22, 2022 as set forth in the Court's Memo Endorsement Order. (Dkt. No. 55). No previous extensions of this date have been sought or granted. All parties consent to this request. Finally, good cause exists for this request since counsel for Primed and Starr request additional time to discuss a proposed schedule for the summary judgment motions that each party intends to file.

The parties' joint letter-motion requesting an extension to file a letter to the Honorable Paul G. Gardephe concerning next steps for this action (ECF No. 56) is GRANTED, and the deadline is EXTENDED to **Thursday, March 3, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 56.

SO ORDERED 2/22/22

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin

SARAH L. CAVE
United States Magistrate Judge