UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS LLC,

                Plaintiff,

             - against -

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.

**ORDER**

21 Civ. 1025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the unsuccessful settlement conference before Magistrate Judge Cave, by **June 1, 2022**, any party seeking to move for summary judgment will submit a pre-motion letter setting forth the grounds for the proposed motion in accordance with Rule IV(A) of this Court's Individual Rules of Practice. Opposition letters are due by **June 8, 2022**.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge