

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MEGAN ABNER
PAUL FRAULO

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

May 31, 2022

**Via ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Company*
            21 Civ. 1025 (PGG)

Dear Judge Gardephe:

      This firm represents Plaintiff Primed Pharmaceuticals LLC in the above referenced insurance coverage litigation. We write this letter jointly with counsel for Defendant Starr Indemnity & Liability Company to request a one-week extension of the time for the parties to submit a pre-motion letter to the Court in accordance with Docket No. 63.

      In the Court's Order (Dkt. 63), the pre-motion letter is due June 1, 2022. Accordingly, the parties jointly request an extension until June 8, 2022. No previous requests for an extension of this date have been requested or granted. Good cause exists for this request since counsel for the parties have recently spoken and discussed some matters that we believe have the potential to make the summary judgment process in this case more efficient for both the parties and the Court, however, they need some additional time to discuss these ideas with their clients. This request is jointly made. Finally, if approved this extension would necessitate the extension of the response date from June 8th to June 15th.

                                     Respectfully submitted,
                                     **STERN & SCHURIN LLP**

                                     *Richard S. Schurin*
                                     Richard S. Schurin

cc:    All Counsel (via ECF)

MEMO ENDORSED
The Application is granted.
SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: June 1, 2022