UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                Plaintiff,

-v-                                      CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

Accordingly, by **Friday, June 17, 2022**, the parties shall file a joint letter proposing a briefing schedule for any anticipated motions for summary judgment.

Dated:     New York, New York
            June 9, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**