The parties amended proposed briefing schedule (ECF No. 73) is **ADOPTED**, and the Clerk of Court is respectfully directed to close ECF No. 73.

SO ORDERED 07/13/22

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

July 12, 2022

<u>VIA ECF</u>

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Primed Pharmaceuticals, LLC v. Starr Indemnity & Liability Company*
             21-cv-1025 (SLC)

This firm represents Primed Pharmaceuticals, LLC ("Primed"). We submit this letter with the consent of counsel for Defendant Starr Indemnity & Liability Company's (hereinafter "Starr") for an extension of the briefing dates on the parties proposed summary judgment motions. No previous extensions of these dates have been sought.

The parties propose the following adjusted briefing schedule for their summary judgment motions:

1. Primed to submit its papers in support of summary judgment on August 2, 2022
2. Starr to submit its papers in support of its cross-motion and in opposition to Primed's motion on September 6, 2022
3. Primed to submit its papers in opposition to Starr's cross-motion and in reply to Starr's opposition to Primed's motion on September 23, 2022
4. Starr to submit its papers in reply to Primed's opposition on October 31, 2022.

                                            Respectfully submitted,
                                            **STERN & SCHURIN LLP**

                                            *Richard S. Schurin*
                                            Richard S. Schurin

cc:     All counsel of record