

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff's letter-motion seeking to seal confidential business and customer information (ECF No. 82) is GRANTED. The documents at ECF No. 83 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 79 and 82.
>
> SO ORDERED 08/04/22
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Co.*
      21-cv-1025 (SLC)

Dear Judge Cave,

This firm represents Plaintiff Primed Pharmaceuticals, LLC ("Primed"). We write this letter pursuant to Your Honors Individual Practices in Civil Cases I.G.2 and in accordance with the Protective Order entered on June 30, 2021, to request that the Court permit Primed to file an exhibit previously marked Confidential under seal in support of its recently filed motion for summary judgment.

Primed respectfully submits that good cause exists for this request on the following grounds:

The Protective Order entered in this case, i.e., Dkt. No. 29, states that:

"[P]roprietary or non-public information of a commercially, financially or personally sensitive nature such as confidential trade secrets, unpublished financial data, confidential business or products plans, or confidential customer information" that would pose a high risk of competitive harm, may be identified as CONFIDENTIAL or AEO/ATTORNEYS' EYES ONLY-HIGHLY CONFIDENTIAL.

The Protective Order further states that:

All Confidential Information filed with the Court, and all portions of pleadings, motions or other papers filed with the Court that disclose such Confidential Information shall be filed under seal to the extent permitted by law (including, without limitation any applicable rules of court).

Hon. Sarah L. Cave
United States Magistrate Judge
August 3, 2022
Page 2

      As such, we respectfully request permission to file Exhibit J 1 to Primed's motion for summary judgment under seal. This document contains two previous exhibits attached to the declaration of Matthew Zeigler containing confidential business and customer information of Primed. Included in this exhibit is customer information including names, address, and purchase and sale data relating to pharmaceutical products.

      We, therefore, respectfully request you enter this Exhibit J 1 be filed under seal in association with the previously filed Motion for Summary Judgment on Liability.

                                                    Respectfully submitted,
                                                    **STERN & SCHURIN LLP**

                                                    *Richard S. Schurin*

                                                  Richard S. Schurin