

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

> Plaintiff's request at ECF Nos. 127 and 128 to file the documents at ECF No. 128 under seal is GRANTED.  The documents filed at ECF No. 128 shall remain as visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 127 and 128.
>
> SO ORDERED.   6/16/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Co.*
21-cv-1025 (SLC)

Dear Judge Cave,

This firm represents Plaintiff Primed Pharmaceuticals, LLC ("Primed") We write this letter pursuant to Your Honors Individual Practices in Civil Cases I.G.2 and in accordance with the Protective Order entered on June 30, 2021 to request that the Court permit Primed to file exhibits previously marked Confidential under seal in support of its recently filed motion for damages. (Dkt. No. 119) We requested Defendant Starr Indemnity's consent to this motion on June 2, 2023, but its counsel has not responded.

Primed respectfully submits that good cause exists for this request on the following grounds:

The Protective Order entered in this case, i.e., Dkt No. 29, states in paragraph 1 that:

"[P]roprietary or non-public information of a commercially, financially or personally sensitive nature such as confidential trade secrets, unpublished financial data, confidential business or products plans, or confidential customer information" that would pose a high risk of competitive harm, may be identified as CONFIDENTIAL or AEO/ATTORNEYS' EYES ONLY-HIGHLY CONFIDENTIAL.

The Protective Order further states at paragraph 9 that:

All Confidential Information filed with the Court, and all portions of pleadings, motions or other papers filed with the Court that disclose such Confidential Information shall be filed under seal to the extent permitted by law (including, without limitation any applicable rules of court).