

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

July 31, 2023

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> Plaintiff's request at ECF No. 131 is GRANTED. Plaintiff's deadline to file a reply brief is EXTENDED to **August 18, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 131.
>
> SO ORDERED.   8/1/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Co.*
       21-cv-1025 (SLC)

Dear Judge Cave,

This firm represents Plaintiff Primed Pharmaceuticals, LLC ("Primed") We write this letter pursuant to Your Honors Individual Practices in Civil Cases I. E. to request a two (2) week extension of time to file Primed's reply brief on the pending inquest damages motion (Dkt. No. 119). Defendant Starr Indemnity & Liability Co. ("Starr") consents to this request.

The original due date for Primed's reply is August 4, 2023. No previous request for an extension of this particular date has been requested or granted. Primed respectfully submits that good cause exists for this request since its counsel is facing obligations in other cases in the next two weeks that it did not expect to arise. As previously noted, counsel for Starr has generously consented to this request.

Accordingly, Primed respectfully requests that the due date for its reply brief on its pending inquest damages motion be extended until August 18, 2023.

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin