UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMED PHARMACEUTICALS LLC,<br><br>        Plaintiff,<br><br> -v-<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. 21 Civ. 1025 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, March 28, 2024 (the "Conference"), the Court orders as follows:

1) Plaintiff's request to file a motion for contempt against Defendant (ECF No. 136) is DENIED.

2) Plaintiff's renewed damages motion (ECF Nos. 142–43) is DENIED WITHOUT PREJUDICE.

3) By **April 18, 2024**, Plaintiff may renew its motion for damages (the "Motion"). The Motion shall include any and all claims and arguments for damages and fees, both pre-dating and post-dating the Court's March 16, 2023 Opinion & Order (ECF No. 110). Plaintiff's opening brief shall not exceed ten pages.

4) By **May 20, 2024**, Defendant shall file its opposition to the Motion, which shall not exceed ten pages.

5) By **June 3, 2024**, Plaintiff shall file its reply brief, which shall not exceed five pages.

6) By **April 1, 2024**, the parties shall order the transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov, selecting the "7-Day" option for service.

Dated:    New York, New York
          March 28, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]