UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMED PHARMACEUTICALS, LLC,

                Plaintiff,

  -v-

STARR INDEMNITY & LIABILITY COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 1025 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 153 to file the documents at ECF No. 155 with redactions or under seal is GRANTED. The documents at ECF No. 156 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 153.

Dated:    New York, New York
           May 21, 2024

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**