

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> The parties' letter-motion at ECF No. 160 is GRANTED.  By **Monday, September 16, 2024**, the parties shall file a stipulation of dismissal.
>
> The Clerk of Court is respectfully directed to close ECF No. 160.
>
> SO ORDERED.    8/23/2024
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Primed Pharmaceuticals LLC v. Starr Indemnity & Liability Co.*
       21-cv-1025 (SLC)

Dear Judge Cave,

This firm represents Plaintiff Primed Pharmaceuticals, LLC ("Primed") We write this letter with the consent of counsel for Defendant Starr Indemnity & Liability Co. ("Starr"). We write to request a thirty (30) day extension of the date for the parties to submit a proposed judgment in accordance with the Court's Opinion and Order dated August 16, 2024.(Dkt. No. 159)

Good cause exists for this extension because we are pleased to advise the Court that the parties have reached a settlement in lieu of a judgment. The settlement, which we expect to be executed shortly, provides for payment within twenty-one (21) days and the filing of a Dismissal with Prejudice thereafter.  Accordingly, assuming the parties complete their settlement, a final judgment would no longer be necessary.

Respectfully submitted,
**STERN & SCHURIN LLP**

*Richard S. Schurin*

Richard S. Schurin

cc:  All counsel of record